IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

VS.             CRIMINAL CASE NUMBER:  6:20CR60024-001

DONALD BRAMLETT                                                                          DEFENDANT

## JUDGMENT OF ACQUITTAL

The Defendant was found not guilty as to Count Two of the Indictment.

IT IS ORDERED this 12th day of August, 2021,  that the Defendant is acquitted as to Count Two of the Indictment.

/s/ Susan O. Hickey
SUSAN O. HICKEY
CHIEF U.S. DISTRICT JUDGE