IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA      PLAINTIFF

v.      Case No. 6:20-cr-060024

DONALD BRAMLETT      DEFENDANT

**REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is Defendant's Motion Pursuant to 18 U.S.C.S. § 3582 to Correct Defendant's Sentence Due to Incorrect Sentencing Guidelines Range. ECF No. 93. The Government has responded (ECF No. 100), and this Motion has been referred to the undersigned. This Motion is now ripe for consideration.

Pursuant to 18 U.S.C. § 3582(c)(1)(B), this Court may only modify a term of imprisonment once it was imposed "to the extent otherwise permitted by statute or by Rule 35 of the Federal Rules of Criminal Procedure." Since Defendant has not supplied a modification "otherwise permitted by statute," this Court will only consider a modification under Rule 35. Pursuant to Rule 35(a), the correction for "arithmetical, technical, or other clear error" may only be made within "14 days of sentencing."

In the present action, Bramlett's Motion was filed in August of 2023, over one year after Defendant was sentenced on April 8, 2022. This Motion is clearly untimely and should be **DENIED**. Because of potential ramifications to Defendant, the Court will not construe this Motion as a Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255. If Defendant seeks to have this Court consider a Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, Defendant must file such a motion before the expiration of the applicable limitations. *See* 28 U.S.C. § 2255(f).

The **Parties have fourteen (14) days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact.** The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.

ENTERED this 5th day of December 2023.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE