IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                         Case No. 6:20-cr-60024

DONALD BRAMLETT                                                                             DEFENDANT

## ORDER

Before the Court a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 103. Judge Bryant recommends that Defendant Donald Bramlett's Motion to Correct Sentence pursuant to 18 U.S.C. § 3582(c)(1)(B) (ECF No. 93) be denied as untimely. Judge Byrant further recommends that Defendant be advised that if he desires to file a "Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, Defendant must file such a motion before the expiration of the applicable limitations."

No party has filed an objection to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 103) *in toto*. Defendant's Motion to Correct Sentence (ECF No. 93) is hereby **DENIED**. If Defendant seeks to modify his sentence, he is advised that any motion pursuant to 28 U.S.C. § 2255 must be filed within the statute of limitations set forth in 28 U.S.C. § 2255(f)

**IT IS SO ORDERED**, this 31st day of January, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge